**UNITED STATES DISTRICT COURT** **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: 11/8/07 CASE NUMBER: 07-10736M-001

USA vs. Jesus Martinez-Ruiz

CLOSED

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ______ INTERPRETER______
LANGUAGE______

Attorney for Defendant Matthew Johnson (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): _

DEFENDANT: ☐ PRESENT ☒ NOT PRESENT ☒ RELEASED

DOA____ ☐ Initial Appearance ☐ Appointment of counsel hearing held

☐ Financial Afdvt taken ☐ Defendant Sworn ☐ Financial Afdvt sealed
☐ Rule 5(c)(3) ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ______<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: ______<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: Prosecution Agent Mario Guerrero appears for the Government and moves to dismiss complaint. Defense has no objection. The defendant never appeared in court due to medical reasons.

Recorded by Courtsmart (1 min)
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jesus MARTINEZ-Ruiz
Citizen of Mexico
YOB: 1962
A24 193 226
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10736M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about June 27, 2003, Defendant Jesus MARTINEZ-Ruiz was arrested and removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about November 3, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

COUNT II

That on or about November 3, 2007, within the Southern District of California, Defendant Jesus MARTINEZ-Ruiz, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on April 2, 2003 (Felony).

COUNT III

That on or about November 3, 2007, within the Southern District of California, Defendant Jesus MARTINEZ-Ruiz, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Enrique Moya
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 5, 2007 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Jesus MARTINEZ-Ruiz

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through Nogales, Arizona on June 27, 2003. The Defendant was also removed on August 08, 2000 through Nogales, Arizona

**CRIMINAL HISTORY:**

| **DATE/LOCATION** | | **OFFENSE** | **DISPOSITION** |
|---|---|---|---|
| 11/26/79 | LOS ANGELES, CA PD | CHARGE 1- BURGLARY | CONVICTED. SENTENCE: 150 DAYS CONFINEMENT, 48 MONTHS PROBATION |
| 10/02/80 | SHERIFF;S OFFICE SANTA CRUZ, CA | CHARGE PC- BURGLARY | CONVICTED. SENTENCE: 120 DAYS CONFINEMENT, 60 D SUSPENDED, 12M PROBATION. |
| 04/27/82 | INSTITUTE FOR MEN. CHINO, CA | CHARGE 1- BURGLARY | SENTENCE: 2 YEARS |
| 10/24/95 | USINS BPSH YUMA, AZ | CHARGE 1- DEPORTATION PROCEEDINGS<br>CHARGE 2- FALSE STATEMENTS<br>CHARGE 3- ILLEGAL ENTRY | CASE DIMISSED. |
| 02/06/99 | SHERIFF'S OFFICE SAN BERNANDINO, CA | CHARGE 1- POSS CONT SUB FOR SALE<br>CHARGE-11370 1 A HS POSS CNTL SUBS WHILE ARMED | CONVICTED<br>JAIL 36 MONTHS.<br>PROBATION 90 DAYS. |
| 04/02/03 | USINS BPSH | CHARGE 1- 8 USC 1182<br>CHARGE 2- 8 USC 1326<br>CHARGE 3- 8 USC 1325 | CONVICTED<br>8 USC 1325<br>90 DAYS. |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 3, 2007.

| | | |
|---|---|---|
| Charges: | 8 USC§1326 | (Felony) |
| | 8 USC§1325 | (Felony) |
| | 8 USC§1325 | (Misdemeanor) |

Signature of Complainant

Sworn to before me and subscribed in my presence,

November 5, 2007
Date

Signature of Judicial Officer

# *Probable Cause Statement*

*I, Senior Patrol Agent Enrique Moya, declare under penalty of perjury, the following is true and correct:*

Defendant: Jesus MARTINEZ-Ruiz

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through Nogales, Arizona on June 27, 2003. The Defendant was also removed on August 08, 2000 through Nogales, Arizona

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 11/26/79 | LOS ANGELES, CA PD | CHARGE 1- BURGLARY | CONVICTED. SENTENCE: 150 DAYS CONFINEMENT, 48 MONTHS PROBATION |
| 10/02/80 | SHERIFF;S OFFICE SANTA CRUZ, CA | CHARGE PC- BURGLARY | CONVICTED. SENTENCE: 120 DAYS CONFINEMENT, 60 D SUSPENDED, 12M PROBATION. |
| 04/27/82 | INSTITUTE FOR MEN. CHINO, CA | CHARGE 1- BURGLARY | SENTENCE: 2 YEARS |
| 10/24/95 | USINS BPSH YUMA, AZ | CHARGE 1- DEPORTATION PROCEEDINGS<br>CHARGE 2- FALSE STATEMENTS<br>CHARGE 3- ILLEGAL ENTRY | CASE DIMISSED. |
| 02/06/99 | SHERIFF'S OFFICE SAN BERNANDINO, CA | CHARGE 1- POSS CONT SUB FOR SALE<br>CHARGE-11370 1 A HS POSS CNTL SUBS WHILE ARMED | CONVICTED<br>JAIL 36 MONTHS.<br>PROBATION 90 DAYS. |
| 04/02/03 | USINS BPSH | CHARGE 1- 8 USC 1182<br>CHARGE 2- 8 USC 1326<br>CHARGE 3- 8 USC 1325 | CONVICTED<br>8 USC 1325<br>90 DAYS. |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 3, 2007.

| | | |
|---|---|---|
| Charges: | 8 USC§1326 | (Felony) |
| | 8 USC§1325 | (Felony) |
| | 8 USC§1325 | (Misdemeanor) |

*Executed on: Date __November 4, 2007__ Time: __5:50 AM__*

*Signed:* ____________ *Senior Patrol Agent*

***Finding of Probable Cause***

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on November 3, 2007 in violation of Title 8, United States Code, Section(s) 1326 and 1325.*

*Finding made on: Date* November 4, 2007 *Time* 3:42 pm

*Signed:* ____________ *United States Magistrate Judge*